THE LAW OFFICES OF

# E. DAVID HOSKINS, LLC

16 E. LOMBARD STREET, SUITE 400
BALTIMORE, MARYLAND 21202

E. DAVID HOSKINS
ADMITTED IN MARYLAND,
NEW YORK AND THE DISTRICT OF COLUMBIA

TELEPHONE: (410) 662-6500
TOLL FREE: (855) 346-7546
E-MAIL: dhoskins@hoskinslaw.com

NEW YORK OFFICE
90 STATE STREET, STE. 700
ALBANY, NEW YORK 12207

(518) 935-2672

November 4, 2013

***Via ECF only***
Patricia S. Connor
Clerk, U.S. Circuit Court for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Re:   13-2221 *Shantavia Hart v. Pacific Rehab of Maryland, P.A.*

Dear Ms. Connor:

I write to confirm that although A.J. Kodeck, Chartered was an adverse party below, it is not a party to the above-referenced appeal filed by Shantavia Hart, the claims against it having been dismissed without prejudice to refile in Maryland state court.

Thanking you for the Court's attention to this matter, I remain

Sincerely,

E. David Hoskins

EDH/kjf
cc:   All counsel by ECF
      Robert Scott Krause, Esq. (krause@ewmd.com).